Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Trina Saldana

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| TRINA SALDANA | Case No.: 2:18-cv-01823-WBS-AC |
| Plaintiff, | |
| vs. | **ORDER** |
| EXPERIAN INFORMATION SOLUTIONS, INC. | |
| Defendant. | |

Pursuant to the stipulation of the Parties, Experian Information Solutions Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: January 8, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE